## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAMON P. VINCENT,                      :        Civil No. 3:25-cv-2555
                                       :
                   Petitioner          :        (Judge Mariani)
                                       :
            v.                         :
                                       :
WARDEN, USP-CANAAN,                    :
                                       :
                   Respondent          :

### ORDER

**AND NOW,** this 25th day of February, 2026, upon consideration of Petitioner's motion (Doc. 10) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 10) is **DENIED** without prejudice.

_____
Robert D. Mariani
United States District Judge